

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00225-CV

Robert Ray **ROBERTS**,
Appellant

v.

**NEW COMFORT HOMES**,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2018CV01797
Honorable Sarah E. Garrahan, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against appellant.

SIGNED August 1, 2018.

_____
Karen Angelini, Justice